LEN–RON MANUFACTURING CO., INC., Aramis, Inc. (doing business as Len–Ron Manufacturing Co.), Aramis, Inc., and Clinique Laboratories, Inc., Plaintiffs–Appellants,

v.

UNITED STATES, Defendant–Appellee.

No. 01–1096.

United States Court of Appeals, Federal Circuit.

March 1, 2001.

ON MOTION

*ORDER*

Appellants move without opposition to voluntarily dismiss their appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.